**United States District Court**
For the Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7   JERRY WAYNE YOUNG,                        No. C 15-493 SI (pr)

8              Petitioner,                    **JUDGMENT**

9        v.

10  WILLIAM KNIPP, Warden; et al.,

11            Respondents.

12  _____/

13        This action is dismissed because it was filed in the wrong venue.

14

15        IT IS SO ORDERED AND ADJUDGED.

16

17  DATED: March 9, 2015

                                            _____
18                                          SUSAN ILLSTON
                                            United States District Judge
19

20

21

22

23

24

25

26

27

28