UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WAYNE YOUNG, | No. C 15-493 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM KNIPP, Warden; et al., | |
| Respondents. | |

Petitioner's motion for an enlargement of time is DENIED. Docket # 9. Petitioner did not identify any particular deadline that he wanted extended, and there was no outstanding deadline at the time petitioner filed his motion. The court does not construe petitioner's motion to be one for an extension of the deadline to file a notice of appeal because petitioner mailed the motion on March 3, 2015, *before* the order of dismissal was signed on March 9, 2015.

IT IS SO ORDERED.

DATED: March 24, 2015

SUSAN ILLSTON
United States District Judge